UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christopher E. BROWN,

                    Plaintiff,

           -against-

R.J. 51, INC.,

                  Defendant.

24-CV-6935 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

     IT IS HEREBY ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

     IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial pretrial conference.

Dated: September 17, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge